IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| VIVIAN SINKS and husband, ) <br> RAYMOND L. SINKS, <br> ) <br> Plaintiffs <br> ) <br> v. <br> ) <br> HOSPITAL HOUSEKEEPING <br> SYSTEMS, INC., and HOSPITAL ) <br> HOUSEKEEPING SYSTEMS, LTD., <br> a limited partnership, ) <br> Defendants ) | No. 4:04-cv-05 |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendants' motion for summary judgment [Court File #5] is GRANTED and this action DISMISSED.

**E N T E R :**

s/ *James H. Jarvis*
UNITED STATES DISTRICT JUDGE